**EXHIBIT A**

**Invoice Itemization for Amounts Owed by Defendant**

Case 25-50900-KBO    Doc 1-1    Filed 05/06/25    Page 1 of 4

**EXHIBIT A**

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Medline Industries Inc**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---:|---:|---:|---:|---:|---:|
| 26132 | 3588283 | 3/19/2020 | 3/19/2020 | $ (38.50) | $ (38.50) |
| 26132 | 3646816 | 6/15/2020 | 6/15/2020 | $ (1,445.00) | $ (1,445.00) |
| 26132 | 3712343 | 9/24/2020 | 9/24/2020 | $ (59.68) | $ (59.68) |
| 26132 | 3713543 | 9/25/2020 | 9/25/2020 | $ (307.44) | $ (307.44) |
| 26132 | 3715557 | 9/30/2020 | 9/30/2020 | $ (51.24) | $ (51.24) |
| 26132 | 3716353 | 10/2/2020 | 10/2/2020 | $ (71.40) | $ (71.40) |
| 26132 | 3716363 | 10/2/2020 | 10/2/2020 | $ (44.76) | $ (44.76) |
| 26132 | 3721554 | 10/8/2020 | 10/8/2020 | $ (59.68) | $ (59.68) |
| 26132 | 3728913 | 10/19/2020 | 10/19/2020 | $ (238.72) | $ (238.72) |
| 26132 | 3775110 | 1/7/2021 | 1/7/2021 | $ (45.00) | $ (45.00) |
| 26132 | 3775925 | 1/8/2021 | 1/8/2021 | $ (143.64) | $ (143.64) |
| 26132 | 3775991 | 1/8/2021 | 1/8/2021 | $ (195.00) | $ (195.00) |
| 26132 | 3778846 | 1/13/2021 | 1/13/2021 | $ (119.70) | $ (119.70) |
| 26132 | 3783188 | 1/20/2021 | 1/20/2021 | $ (118.40) | $ (118.40) |
| 26132 | 3786105 | 1/25/2021 | 1/25/2021 | $ (74.34) | $ (74.34) |
| 26132 | 3786919 | 1/26/2021 | 1/26/2021 | $ (29.60) | $ (29.60) |
| 26132 | 3813611 | 3/8/2021 | 3/8/2021 | $ (44.76) | $ (44.76) |
| 26132 | 3813635 | 3/8/2021 | 3/8/2021 | $ (14.92) | $ (14.92) |
| 26132 | 3821114 | 3/18/2021 | 3/18/2021 | $ (2,131.20) | $ (2,131.20) |
| 26132 | 3836989 | 4/12/2021 | 4/12/2021 | $ (14.92) | $ (14.92) |
| 26132 | 3837890 | 4/13/2021 | 4/13/2021 | $ (32.00) | $ (32.00) |
| 26132 | 3858836 | 5/14/2021 | 5/14/2021 | $ (180.00) | $ (180.00) |
| 26132 | 3864105 | 5/24/2021 | 5/24/2021 | $ (60.00) | $ (60.00) |
| 26132 | 3866720 | 5/27/2021 | 5/27/2021 | $ (34.50) | $ (34.50) |
| 26132 | 3876675 | 6/10/2021 | 6/10/2021 | $ (6.10) | $ (6.10) |
| 26132 | 3886605 | 6/24/2021 | 6/24/2021 | $ (212.25) | $ (212.25) |
| 26132 | 3889441 | 6/30/2021 | 6/30/2021 | $ (170.00) | $ (170.00) |
| 26132 | 3939934 | 9/10/2021 | 9/10/2021 | $ (47.88) | $ (47.88) |
| 26132 | 3949573 | 9/22/2021 | 9/22/2021 | $ (1,228.56) | $ (1,228.56) |
| 26132 | 3980239 | 11/3/2021 | 11/3/2021 | $ (48.32) | $ (48.32) |
| 26132 | 3995489 | 12/1/2021 | 12/1/2021 | $ (205.28) | $ (205.28) |
| 26132 | 4007629 | 12/16/2021 | 12/16/2021 | $ (96.58) | $ (96.58) |
| 26132 | 4048683 | 2/25/2022 | 2/25/2022 | $ (96.58) | $ (96.58) |
| 26132 | 4049019 | 2/28/2022 | 2/28/2022 | $ (150.02) | $ (150.02) |
| 26132 | 22019669 | 5/12/2022 | 5/12/2022 | $ 728.44 | $ 728.44 |
| 26132 | 4132973 | 7/12/2022 | 7/12/2022 | $ (122.40) | $ (122.40) |
| 26132 | 4196527 | 10/31/2022 | 10/31/2022 | $ (64.92) | $ (64.92) |
| 26132 | 22066127 | 11/18/2022 | 11/18/2022 | $ 4,826.89 | $ 4,826.89 |
| 26132 | 22072821 | 12/15/2022 | 12/15/2022 | $ (581.64) | $ (581.64) |
| 26132 | 4228981 | 12/22/2022 | 1/22/2023 | $ 234.00 | $ 234.00 |
| 26132 | 4229236 | 12/22/2022 | 12/22/2022 | $ (128.08) | $ (128.08) |
| 26132 | 4246947 | 1/18/2023 | 2/18/2023 | $ 1,175.04 | $ 1,175.04 |
| 26132 | 4246948 | 1/18/2023 | 2/18/2023 | $ 1,766.80 | $ 1,766.80 |
| 26132 | 4246949 | 1/18/2023 | 2/18/2023 | $ 1,101.60 | $ 1,101.60 |
| 26132 | 4246950 | 1/18/2023 | 2/18/2023 | $ 489.60 | $ 489.60 |
| 26132 | 4246951 | 1/18/2023 | 2/18/2023 | $ 5,314.52 | $ 5,314.52 |
| 26132 | 4246952 | 1/18/2023 | 2/18/2023 | $ 441.14 | $ 441.14 |
| 26132 | 4246954 | 1/18/2023 | 2/18/2023 | $ 1,550.56 | $ 1,550.56 |

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Medline Industries Inc**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 26132 | 4246955 | 1/18/2023 | 2/18/2023 | $ 1,010.88 | $ 1,010.88 |
| 26132 | 4246956 | 1/18/2023 | 2/18/2023 | $ 219.60 | $ 219.60 |
| 26132 | 4246957 | 1/18/2023 | 2/18/2023 | $ 962.40 | $ 962.40 |
| 26132 | 4246958 | 1/18/2023 | 2/18/2023 | $ 1,328.88 | $ 1,328.88 |
| 26132 | 4248771 | 1/19/2023 | 2/19/2023 | $ 648.76 | $ 648.76 |
| 26132 | 4248775 | 1/19/2023 | 2/19/2023 | $ 234.00 | $ 234.00 |
| 26132 | 4248803 | 1/19/2023 | 2/19/2023 | $ 234.00 | $ 234.00 |
| 26132 | 4248804 | 1/19/2023 | 2/19/2023 | $ 234.00 | $ 234.00 |
| 26132 | 4248805 | 1/19/2023 | 2/19/2023 | $ 234.00 | $ 234.00 |
| 26132 | 4248806 | 1/19/2023 | 2/19/2023 | $ 234.00 | $ 234.00 |
| 26132 | 4256915 | 1/25/2023 | 2/25/2023 | $ 2,541.71 | $ 2,541.71 |
| 26132 | 4256916 | 1/25/2023 | 2/25/2023 | $ 1,269.80 | $ 1,269.80 |
| 26132 | 4256917 | 1/25/2023 | 2/25/2023 | $ 808.25 | $ 808.25 |
| 26132 | 4256918 | 1/25/2023 | 2/25/2023 | $ 255.00 | $ 255.00 |
| 26132 | 4256919 | 1/25/2023 | 2/25/2023 | $ 255.00 | $ 255.00 |
| 26132 | 4256920 | 1/25/2023 | 2/25/2023 | $ 1,023.36 | $ 1,023.36 |
| 26132 | 4256921 | 1/25/2023 | 2/25/2023 | $ 880.80 | $ 880.80 |
| 26132 | 4256923 | 1/25/2023 | 2/25/2023 | $ 411.40 | $ 411.40 |
| 26132 | 4256929 | 1/25/2023 | 2/25/2023 | $ 2,462.42 | $ 2,462.42 |
| 26132 | 4256930 | 1/25/2023 | 2/25/2023 | $ 2,939.43 | $ 2,939.43 |
| 26132 | 4258222 | 1/26/2023 | 2/26/2023 | $ 4,199.77 | $ 4,199.77 |
| 26132 | 4258223 | 1/26/2023 | 2/26/2023 | $ 3,678.15 | $ 3,678.15 |
| 26132 | 4258225 | 1/26/2023 | 2/26/2023 | $ 1,944.48 | $ 1,944.48 |
| 26132 | 23016203 | 1/31/2023 | 1/31/2023 | $ 302.94 | $ 302.94 |
| 26132 | 4261424 | 2/1/2023 | 3/4/2023 | $ 30.00 | $ 30.00 |
| 26132 | 4261439 | 2/1/2023 | 3/4/2023 | $ 2,558.80 | $ 2,558.80 |
| 26132 | 4261440 | 2/1/2023 | 3/4/2023 | $ 8,312.40 | $ 8,312.40 |
| 26132 | 4261441 | 2/1/2023 | 3/4/2023 | $ 2,504.40 | $ 2,504.40 |
| 26132 | 4261442 | 2/1/2023 | 3/4/2023 | $ 3,360.88 | $ 3,360.88 |
| 26132 | 4261443 | 2/1/2023 | 3/4/2023 | $ 3,568.96 | $ 3,568.96 |
| 26132 | 4261446 | 2/1/2023 | 3/4/2023 | $ 1,503.16 | $ 1,503.16 |
| 26132 | 4261447 | 2/1/2023 | 3/4/2023 | $ 819.61 | $ 819.61 |
| 26132 | 4261448 | 2/1/2023 | 3/4/2023 | $ 3,104.40 | $ 3,104.40 |
| 26132 | 4262426 | 2/1/2023 | 2/1/2023 | $ (161.05) | $ (161.05) |
| 26132 | 4265166 | 2/6/2023 | 3/9/2023 | $ 3,938.16 | $ 3,938.16 |
| 26132 | 4265167 | 2/6/2023 | 3/9/2023 | $ 219.60 | $ 219.60 |
| 26132 | 4265168 | 2/6/2023 | 3/9/2023 | $ 255.00 | $ 255.00 |
| 26132 | 4266714 | 2/8/2023 | 3/11/2023 | $ 3,050.96 | $ 3,050.96 |
| 26132 | 4266715 | 2/8/2023 | 3/11/2023 | $ 1,156.52 | $ 1,156.52 |
| 26132 | 4266717 | 2/8/2023 | 3/11/2023 | $ 533.77 | $ 533.77 |
| 26132 | 4266718 | 2/8/2023 | 3/11/2023 | $ 6,727.11 | $ 6,727.11 |
| 26132 | 4266719 | 2/8/2023 | 3/11/2023 | $ 2,453.52 | $ 2,453.52 |
| 26132 | 4266720 | 2/8/2023 | 3/11/2023 | $ 11,903.95 | $ 11,903.95 |
| 26132 | 4266721 | 2/8/2023 | 3/11/2023 | $ 1,006.33 | $ 1,006.33 |
| 26132 | 4266722 | 2/8/2023 | 3/11/2023 | $ 979.20 | $ 979.20 |
| 26132 | 4266723 | 2/8/2023 | 3/11/2023 | $ 255.00 | $ 255.00 |
| 26132 | 4267731 | 2/9/2023 | 3/12/2023 | $ 15.00 | $ 15.00 |
| 26132 | 4267732 | 2/9/2023 | 3/12/2023 | $ 135.00 | $ 135.00 |

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Medline Industries Inc**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 26132 | 4269706 | 2/13/2023 | 3/16/2023 | $ 255.00 | $ 255.00 |
| 26132 | 4269707 | 2/13/2023 | 3/16/2023 | $ 63.96 | $ 63.96 |
| 26132 | 4269708 | 2/13/2023 | 3/16/2023 | $ 485.04 | $ 485.04 |
| 26132 | 4269709 | 2/13/2023 | 3/16/2023 | $ 954.00 | $ 954.00 |
| 26132 | 4269710 | 2/13/2023 | 3/16/2023 | $ 7,596.00 | $ 7,596.00 |
| 26132 | 4269711 | 2/13/2023 | 3/16/2023 | $ 489.60 | $ 489.60 |
| 26132 | 4271240 | 2/15/2023 | 3/18/2023 | $ 813.27 | $ 813.27 |
| 26132 | 4271243 | 2/15/2023 | 3/18/2023 | $ 257.04 | $ 257.04 |
| 26132 | 4271244 | 2/15/2023 | 3/18/2023 | $ 254.75 | $ 254.75 |
| 26132 | 4271245 | 2/15/2023 | 3/18/2023 | $ 428.56 | $ 428.56 |
| 26132 | 4271246 | 2/15/2023 | 3/18/2023 | $ 827.76 | $ 827.76 |
| 26132 | 4271247 | 2/15/2023 | 3/18/2023 | $ 1,034.92 | $ 1,034.92 |
| 26132 | 4271248 | 2/15/2023 | 3/18/2023 | $ 2,453.29 | $ 2,453.29 |
| 26132 | 4271249 | 2/15/2023 | 3/18/2023 | $ 631.11 | $ 631.11 |
| 26132 | 4271251 | 2/15/2023 | 3/18/2023 | $ 4,896.00 | $ 4,896.00 |
| 26132 | 4271252 | 2/15/2023 | 3/18/2023 | $ 1,356.48 | $ 1,356.48 |
| 26132 | 4271253 | 2/15/2023 | 3/18/2023 | $ 489.60 | $ 489.60 |
| 26132 | 4271254 | 2/15/2023 | 3/18/2023 | $ 3,070.54 | $ 3,070.54 |
| 26132 | 4271255 | 2/15/2023 | 3/18/2023 | $ 1,051.21 | $ 1,051.21 |
| 26132 | 4272261 | 2/16/2023 | 3/19/2023 | $ 279.00 | $ 279.00 |
| 26132 | 4272262 | 2/16/2023 | 3/19/2023 | $ 234.00 | $ 234.00 |
| 26132 | 4272263 | 2/16/2023 | 3/19/2023 | $ 30.00 | $ 30.00 |
| 26132 | 4272283 | 2/16/2023 | 3/19/2023 | $ 256.20 | $ 256.20 |
| 26132 | 23025876 | 2/16/2023 | 2/16/2023 | $ (728.44) | $ (728.44) |
| | | | **Totals:** | **$ 122,938.18** | **$ 122,938.18** |